UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

EDDYSTONE RAIL COMPANY, LLC,

                    Plaintiff,

      -against-

BANK OF AMERICA, N.A. ET AL.,

                    Defendants.

------------------------------------- x

ORDER

19 Civ. 9584 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference scheduled for February 11, 2020 is canceled. The status conference currently scheduled for April 7, 2020 is canceled.

This Court will hear oral argument on Plaintiff's motion to remand, (ECF No. 37), on April 7, 2020 at 10:30 a.m.

Dated: New York, New York
         January 30, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge