**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x

EDDYSTONE RAIL COMPANY, LLC,

                Plaintiff,

      -against-

BANK OF AMERICA, N.A. et al.,

                Defendants.

------------------------------------x

ORDER

19 Civ. 9584 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 7, 2020 oral argument is adjourned to June 9, 2020 at 10:30 a.m.

Dated: New York, New York
      March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge