**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EDDYSTONE RAIL COMPANY, LLC,

                Plaintiff,

                ORDER

      -against-                      19 Civ. 9584 (GBD)

BANK OF AMERICA, N.A. et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

       The June 9, 2020 oral argument is cancelled. Plaintiff's motion to remand, (ECF No. 37), will be decided on submission without oral argument.

Dated: New York, New York
       April 27, 2020

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge