```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 0 1 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

EDDYSTONE RAIL COMPANY, LLC,

                         Plaintiff,

        -against-

BANK OF AMERICA, N.A. et al.,

                        Defendants.

------------------------------------- x

ORDER

19 Civ. 9584 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties' stipulated briefing schedule is GRANTED and is as follows:

Defendants shall answer, move or otherwise respond to Plaintiff's Complaint, (ECF No. 1-1), on or before October 22, 2020.

Plaintiff shall file its opposition on or before December 21, 2020.

Defendants shall file its reply on or before January 21, 2021.

All counsel in the above-captioned case are directed to appear before this Court on February 2, 2021 at 10:30 a.m. for a status conference and/or oral argument.

Dated: New York, New York
       October 2, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge