**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EDDYSTONE RAIL COMPANY, LLC,

                Plaintiff,

   -against-

BANK OF AMERICA, N.A. et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

19 Civ. 9584 (GBD)

GEORGE B. DANIELS, District Judge:

The oral argument scheduled to occur on February 2, 2021 at 10:30 a.m. is hereby adjourned

to February 4, 2021 at 10:30 a.m.

Dated: February 2, 2021
      New York, New York

SO ORDERED.

_George B. Daniels_

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE