**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., CAPITAL ONE, N.A., FIFTH THIRD BANK, JPMORGAN CHASE BANK, N.A., WELLS FARGO BANK, N.A., THE BANK OF TOKYO-MITSUBISHI UFJ, LTD., SUNTRUST BANK, BMO HARRIS BANK, N.A., CIBC BANK USA (F/K/A/ THE PRIVATEBANK & TRUST COMPANY), U.S. BANK NATIONAL ASSOCIATION, TPG SPECIALTY LENDING, INC., PNC BANK, NAT'L ASSOC., TAO TALENTS, LLC, and PONTUS HOLDINGS, LTD.,<br><br>Defendants. | Case No. 1:19-cv-09584 (GBD)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**SO ORDERED:**<br>George B. Daniels<br>George B. Daniels, U.S.D.J.<br>**Dated:** JAN 16 2025 |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Eddystone Rail Company, LLC and Defendants Bank of America, N.A., Capital One, N.A., Fifth Third Bank, JPMorgan Chase Bank, N.A., Wells Fargo Bank, N.A., The Bank of Tokyo-Mitsubishi UFJ, Ltd. (n/k/a MUFG Bank, Ltd.), SunTrust Bank (n/k/a Truist Bank), BMO Harris Bank, N.A. (n/k/a BMO Bank N.A.), CIBC Bank USA (f/k/a The PrivateBank & Trust Company), U.S. Bank National Association, TPG Specialty Lending, Inc. (n/k/a Sixth Street Specialty Lending), PNC Bank, National Association, TAO Talents, LLC, and Pontus Holdings, Ltd., by and through undersigned counsel, hereby stipulate to the dismissal of this action with prejudice against the named Defendants and any of their respective predecessors in interest or successors in interest, with each party to bear its or their own attorneys' fees and costs.

Dated: January 16, 2025

Respectfully submitted,

COHEN & GRESSER LLP

By: ______________________
Daniel H. Tabak
Stephen M. Sinaiko
Benjamin Zhu
Marvin J. Lowenthal
800 Third Avenue, 21st Floor
New York, New York
10022
(212) 957-7600

*Counsel for Plaintiff Eddystone Rail Company, LLC*

DAVIS POLK & WARDWELL LLP

By: ______________________
Lara Samet Buchwald
Tina Hwa Joe
Chui-Lai Cheung
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

*Counsel for Defendants Bank of America, N.A., Capital One, N.A., Fifth Third Bank, JPMorgan Chase Bank, N.A., Wells Fargo Bank, N.A., The Bank of Tokyo-Mitsubishi UFJ, Ltd. (n/k/a MUFG Bank, Ltd.), SunTrust Bank (n/k/a Truist Bank), BMO Harris Bank, N.A. (n/k/a BMO Bank N.A.), CIBC Bank USA (f/k/a The PrivateBank & Trust Company), U.S. Bank National Association, and PNC Bank, National Association*

SCHULTE ROTH & ZABEL LLP

By: ______________________
Michael L. Cook
Robert J. Ward
Frank W. Olander
919 Third Avenue
New York, New York 10022
(212) 756-2000

*Counsel for Defendants TPG Specialty Lending, Inc. (n/k/a Sixth Street Specialty Lending, Inc.), PNC Bank, National Association, Tao Talents, LLC, and Pontus Holdings, Ltd.*